UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

Case No.  2:24-cv-04537-SVW-PVC                         Date: September 19, 2024

Title:    *Michelle Estelle Caldera v. A. Delacruz*

---

Present: The Honorable STEPHEN V. WILSON, U.S. District Judge

|            Paul Cruz             |        Not Reported         |
|----------------------------------|-----------------------------|
|          Deputy Clerk            |   Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|-----------------------------------|-----------------------------------|
|           None Present            |            None Present           |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE OR FILE A COMPLETE REQUEST FOR *IN FORMA PAUPERIS* STATUS

All parties instituting a habeas action in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the fee only if the party is granted leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(1); Rule 3(a), 28 U.S.C. foll. § 2254.

On July 2, 2024, the Court postponed ruling on Petitioner's request to proceed *in forma pauperis* ("Request") because it was incomplete and directed Petitioner to refile a Request or pay the $5 filing fee. Dkts. 3, 5. The Court warned that if Petitioner did not comply within 30 days, the case would be dismissed without prejudice. Dkt. *5*.

On August 5, 2024, Petitioner filed a cryptic letter that appeared to indicate the filing fee would be sent from her prison trust account. Dkt. 6. As a courtesy, the Court informally postponed ruling on this matter to allow for receipt of the late payment.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-04537-SVW-PVC                Date: September 19, 2024

Title:    *Michelle Estelle Caldera v. A. Delacruz*

    However, to date, no such payment has been received. As Petitioner has not refiled a Request, paid the filing fee, or provided any other information on the status of payment of the filing fee, this action is **DISMISSED** without prejudice. *See, e.g., Dumphy v. CDC*, 2008 WL 4344767, at *1 (S.D. Cal. Sept. 23, 2008) (federal court cannot proceed on habeas petition until petitioner has paid fee or qualified for *in forma pauperis* status, and properly dismisses action without prejudice if petitioner fails to do either).

    IT IS SO ORDERED.